## UNITED STATES DISTRICT COURT

### FOR THE

### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 25-CR- **195** |
| CARTER P. REESE | : | |

Carter P. Reese, the above named defendant, who is accused of

18 U.S.C. § 1343
(wire fraud),

and

18 U.S.C. § 1341
(mail fraud),

being advised of the nature of the charge and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Carter P. Reese, Defendant

_____
Ruth Mandelbaum, Assistant U.S. Attorney

May 6, 2025
Date

_____
Jason P. Hernandez, Counsel for Defendant